1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:       John_Reichmuth@fd.org

7

8  Counsel for Defendant WINTERS

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 22–0406 JSW |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE DETENTION HEARING** |
| v. | |
| PAUL WINTERS, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, the DETENTION HEARING presently set for November 21, 2022 at 10:30 AM before Hon. Donna M. Ryu be CONTINUED until December 13, 2022 at 10:30 AM.

    The reason for this request is that the defense needs additional time to review discovery, investigate the allegations, explore potential sureties, and discuss the case with government counsel prior to proceeding with the DETENTION HEARING. Mr. Winters is personally aware of this request and joins in it.

    The parties agree and stipulate that the time until December 13, 2022 should be excluded,

under 18 U.S.C. §3161(H)(1)(D), (7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial.  Additionally a motion for detention is pending.  The continuance is necessary to accommodate defense preparation.

DATED:	November 18, 2022	_____/S/_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

DATED:	November 18, 2022	_____/S/_____
KENNETH CHAMBERS
Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that for adequate preparation of the case by defense counsel and in the interest of justice, and based on a pending motion for detention, pursuant to 18 U.S.C. sections 3161(h)(1)(D), (7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, it is

ORDERED that time be excluded from November 18, 2022 until December 13, 2022 for speedy trial purposes.  Further, it is

ORDERED that, the DETENTION HEARING presently set for November 21, 2022 at 10:30 AM before Hon. Donna M. Ryu be CONTINUED until December 13, 2022 at 10:30 AM.

IT IS SO ORDERED.

DATED: November \_\_\_ 2022	_____
Hon. DONNA M. RYU
United States Magistrate Judge

AMENDED STIP. AND ORDER TO CONTINUE