STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3704
    FAX: (510) 637-3724
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 4:22-CR-00406-JSW-1** |
|---|---|---|
| Plaintiff, | ) | **DETENTION ORDER** |
| v. | ) | |
| PAUL WINTERS, | ) | |
| Defendant. | ) | |

    On October 20, 2022, defendant PAUL WINTERS was charged by Indictment with Felon in Possession of Firearm and Ammunition, in violation of Title 18 U.S.C. § 922(g)(1).

    On November 1, 2022, the defendant appeared before this Court for an initial appearance. At the initial appearance, the government moved for detention, and the defendant opposed. This matter came before the Court on December 13, 2022, for a detention hearing. The defendant was present and represented by John P. Reichmuth. Assistant United States Attorney Kenneth Chambers appeared for the government. At the detention hearing, counsel submitted proffers and arguments regarding detention.

    Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a clear and convincing evidence that no condition or combination of

conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant's criminal record, the nature and circumstances surrounding his arrest, and the nature of the underlying charge, coupled together, indicate that the defendant is a danger to the community, and accordingly, detention is ordered. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: December 15, 2022

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge