1  **CHARLES WOODSON** (SBN 258791)
   Law Office of Charles Woodson
2  725 Washington Street, Ste. 309
   Oakland, California 94607
3  Tel. (510) 302-8780
4  Fax. (510) 228-0444
   cwoodson@cjswlaw.com
5
6  Counsel for Defendant
   **PAUL WINTERS**
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  | **UNITED STATES OF AMERICA**, | No. 22-CR-406-JSW |
13  | Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANT PAUL WINTERS'S MOTION TO PROCEED IN *PRO SE* LITIGANT STATUS AS MODIFIED; APPOINTING ATTORNEY WOODSON AS STAND-BY COUNSEL DURING TRIAL |
14  | v. | |
15  | | |
16  | **PAUL WINTERS**, | |
17  | Defendant. | RE: DKT. NO. 227 |

21      A motion by defendant Paul Winters to proceed in *Pro Se* Litigant Status having been
22  submitted to the Court, the Court held a colloquy with Mr. Winters' on the motion, the Court being
23  advised and Good Cause appearing therefore,
24      **IT IS HEREBY ORDERED** that Defendant Paul Winters' motion to proceed in *Pro Se*
25  Litigant Status is Granted.  **The Court finds that Mr. Winters, with the benefit of counsel of
26  record, advisory counsel, and the Court's colloquy, has unequivocally invoked his right to self-
27  representation pursuant to** *Faretta v. California*, **422 U.S. 806, 807 (1975).**
28

1    **The Court FURTHER ORDERS that Attorney Charles Woodson shall be relieved as
2    counsel of record for Mr. Winters.  However, Attorney Woodson IS HEREBY ORDERED to
3    remain as stand-by counsel for Mr. Winters during the trial, and he shall attend the Further
4    Pretrial Conference, jury selection, and the trial.  Attorney Woodson shall be prepared to step
5    in if needed during the course of trial.  In the event Mr. Winters determines he would prefer
6    Attorney Woodson to resume representation, or in the event the Court revokes Mr. Winters'
7    *pro se* status for any of the reasons discussed in the *Faretta* colloquy, Attorney Woodson must
8    take up the case in the state in which Mr. Winters leaves it.**
9         **IT IS SO ORDERED**.

11   Dated:  July 10, 2024

     _____
     Hon. JEFFREY S. WHITE,
     United States District Court Judge